908 A.2d 178

IN THE MATTER OF HARRY E. FRANKS, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 037271989).

October 18, 2006.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–146, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **HARRY E. FRANKS, JR.,** of **NORTHFIELD,** who was admitted to the bar of this State in 1989, should be censured for violating *RPC* 1.2(a) (failure to abide by client's decisions regarding representation), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed about the status of matter), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **HARRY E. FRANKS, JR.,** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.